# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA- WEST PALM BEACH DIVISION

In re  White Oak Brandon Creek, Inc.,
          Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fannie Mae<br>c/o Foley & Lardner LLP<br>111 North Orange Ave., Suite 1800<br>Orlando, FL 32802-2193 | | | | Unknown |
| White Oak Real Estate Development Corp.<br>422 7TH STREET, SUITE 2<br>West Palm Beach, FL 33401 | | | | 3,000,000 |
| Floor Proz Intl Inc<br>12749 West Hillsborough Ave, Ste C<br>Tampa, FL  33635 | 813-818-9011 | | | 8,328 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.0-680 - 31021

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Capital Contractors, Inc. PO Box 3079 Huntington Station, NY 11746 | (800)767-4357 | | | 7,603 |
| Peoples Choice Maintenance In 2257 Vista Pkwy # 22 West Palm Beach, FL 33411 | (561) 689-7976 | | | 7,138 |
| Hillsborough County Board of County Commissioners 3402 N 22nd Street, Ste 223 Tampa, FL 33605 | 813-744-5557 | | | 5,474 |
| Butler Capital Corporation P O Box 677 Hunt Valley, MD 21030 | 410-771-9600 | | | 4,003 |
| Copyco Inc PO Box 740423 Atlanta, GA 30374-0423 | 888-652-2279 | | | 3,811 |
| Coastal Event Services 6813 N Church Ave Tampa, FL 33614 | (813)884-0204 | | | 3,543 |
| Crest Property Management Company LLC 701 Crest Pines Drive Orlando, FL 32828 | 813-672-7774 | | | 3,328 |
| Teco Tampa Electric P.O. Box 31318 Tampa, FL 33631-3318 | (813)223-0800 | | | 3,308 |
| Hillsborough County Fire Rescu PO Box 310398 Tampa, FL 33680-0398 | 813-744-5541 | | | 3,152 |

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.1.0-680 - 31021

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Luz Maid Services<br>1971 W Lumsden Road, Ste 204<br>Brandon, FL 33511 | 813-649-8192 | | | 2,035 |
| Premium Assignment Corporation<br>3522 Thomasville Rd., Ste. 400<br>Tallahassee, FL 32315 | (850)907-5610 x11 | | | 1,364 |
| Liberty Waste & Recycling<br>PO Box 76843<br>Tampa, FL 33675-1843 | 813-248-3802 | | | 1,216 |
| Prevail Pest Control Inc<br>5305 Garden Lane<br>Tampa, FL 33610 | 813-621-7337 | | | 1,114 |
| Lifestyle Carpets<br>3007 E 7th Ave<br>Tampa, FL 33605 | (813) 248-1793 | | | 1,021 |
| The Home Depot Supply<br>PO Box 509058<br>San Diego, CA 92150-0958 | (800)798-8888 | | | 996 |
| Boring Business Systems<br>PO Box 743<br>Lakeland, FL 33802 | (863)686-3167 | | | 959 |
| C & C Enterprises<br>PO Box 437<br>Parrish, FL 34219-0437 | (941)776-5321 | | | 600 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    10/13/2006

Signature    /s/ Paula J. Ryan

PAULA J. RYAN,
President