CGFD19 (9/11/06)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov
### Division: West Palm Beach

Case Number: 06–15251–PGH

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

White Oak Brandon Creek, Inc.
3509 Poinsettia Ave.
West Palm Beach, FL 33407

EIN: 65–1006243

```
CLERK
USBC
SDFL
FILED
10/17/06
```

## NOTICE OF DEADLINE TO FILE REQUIRED DOCUMENTS AND/OR CORRECT FILING DEFICIENCIES

The above referenced case was filed on October 16, 2006. The following documents were not filed, or were not signed, or do not substantively conform to the official bankruptcy form(s):

**Stmt of Monthly Income [Ch 11] due 10/31/2006**

**Notice is given** pursuant to Administrative Order 05–5, Local Rule 1017–2(A) and 5005–1(C)(3) that the debtor must submit the required documents and/or correct the filing deficiency indicated above not later than 15 days from the date of the filing of the petition. Failure to file the required documents or correct the filing deficiency on or before **October 31, 2006** may result in dismissal of this case without further notice.

**Notice is further given** that the Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" and the Official Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix pursuant to Bankruptcy Rules 1007 or 1009, Local Rules 1007–2(B) and 1009–1(C), and Administrative Order 05–5. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" must accompany any electronically filed schedule or statement filed without an imaged signature. See "Clerk's Instructions to Debtor for Submission of Initial Creditor Service Matrix and Requirements for Submitting Subsequent Amendments" for additional format, fee and other requirements.

**Date: 10/17/06**

**Clerk of Court**

By: Kathie Knoff
Deputy Clerk

Copies to:  Debtor
            Attorney for Debtor